

Evans Litigation & Trial Law

April 9, 2018

*VIA ELECTRONIC FILING*

Honorable Charles A. Pannell, Jr.
ATTN: Don Stanhope, Courtroom Deputy
1721 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

    Re:   *Nicholas Harden v. David Green, M.E.D. Express Transport, Inc., Lancer Insurance Company, John Does (1-2) and ABC Corporations (1-2)*
          United States District Court for the Northern District of Georgia
          Civil Action File No.: 1:17-cv-02348-CAP

We hope this correspondence finds you doing well. This law firm represents Plaintiff Nicholas Harden in the above-referenced civil action. Pursuant to Local Rule 83.1E(3), Alfred L. Evans, III, lead counsel for Plaintiff Nicholas Harden, respectfully requests a leave of absence for the above-styled case for the following dates:

- July 14, 2018 – July 27, 2018; and
- September 3, 2018 – September 7, 2018.

In so doing, Plaintiff's counsel respectfully requests that the case not be calendared for the dates identified above. The purpose of the requested leave is to allow for vacation and family travel.

Sincerely,

Alfred L. Evans, III

ALE/me
cc: D. Gary Lovell, Jr.; Quinn Curtis Bennett; Elizabeth K. Lowrey (electronic service)